# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EVANS, | CV F 04-6526 REC DLB HC |
| Petitioner, | ORDER GRANTING RESPONDENT'S REQUEST TO MODIFY BRIEFING SCHEDULE |
| v. | |
| W.A. DUNCAN, | [Doc. 13] |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 9, 2005, the Court issued an order directing Respondent to submit a responsive pleading to the instant petition. Pursuant to that order, a motion to dismiss was due on or before April 10, 2005, and alternatively an answer was due on or before May 10, 2005.

On May 3, 2005, Respondent submitted a motion to dismiss the instant petition, along with the instant request to modify the briefing schedule. Counsel for Respondent submits that upon receipt of the Court's February 9, 2005, counsel immediately began processing the petition filed by Petitioner and diligently pursued the retrieval of the state appellate record. However, a copy of the appellate court record could not be located. Consequently, counsel had to request a copy of the abstract of judgment and opinion of the Fifth District Court of Appeal. The documents were not received until April 19, 2005. Counsel did not receive a copy of the amended abstract of judgment until April 25, 2005.

1

1  Good cause having been shown, Respondent's request to modify the scheduling order is
2  GRANTED nunc pro tunc to May 3, 2005.[1]
3      IT IS SO ORDERED.
4  **Dated:    June 16, 2005**            /s/ **Dennis L. Beck**
   3b142a                         UNITED STATES MAGISTRATE JUDGE

---

[1] Respondent is cautioned however that in the future requests for extensions of time should be filed prior to the expiration of the deadline. See Local Rule 6-144(d).

2