# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EVANS, | CV F 04-6526 REC DLB HC |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| v. | |
| W.A. DUNCAN, | [Doc. 18] |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 17, 2005, the undersigned issued Findings and Recommendations recommending that Respondent's motion to dismiss the instant petition be granted. On July 11, 2005, Petitioner filed a request for a 15 day extension of time to file objections.

Good cause having been demonstrated, Petitioner's request is GRANTED, and within fifteen (15) days from the date of service of this order, Petitioner shall file any objections to the Findings and Recommendations.

IT IS SO ORDERED.

Dated:   August 10, 2005                        /s/ Dennis L. Beck
ah0l4d                                          UNITED STATES MAGISTRATE JUDGE

1