UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT EVANS, | ) | 1:04-cv-06526-REC-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 17) |
| v. | ) | |
| | ) | **ORDER GRANTING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS** (Doc. 10) |
| MIKE EVANS, Warden, | ) | |
| Respondent. | ) | |
| | ) | **ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |
| | | **ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On June 17, 2005, the Magistrate Judge filed Findings and Recommendations that Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus be GRANTED, that the Petition for Writ of Habeas Corpus be DISMISSED, and that the Clerk of Court be DIRECTED to enter judgment. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On July 11, 2005, Petitioner filed a motion to extend time.

On August 10, 2005, the court granted Petitioner an additional fifteen (15) days within which to respond.  However, to date, Petitioner has not filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations, filed June 17, 2005, are ADOPTED IN FULL;

2.  Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus, filed May 3, 2005, is GRANTED;

3.  The Petition for Writ of Habeas Corpus is DISMISSED; and,

4.  The Clerk of Court enter judgment.

IT IS SO ORDERED.

**Dated:  September 7, 2005**          **/s/ Robert E. Coyle**
668554                                 UNITED STATES DISTRICT JUDGE